UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re: FLORES, MARIBEL § Case No. 18-40535-JMM
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Gary L. Rainsdon, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $165,811.88 | Assets Exempt: | $10,325.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,076.90 | Claims Discharged Without Payment: | $17,214.40 |
| Total Expenses of Administration: | $1,695.10 | | |

   3) Total gross receipts of $7,772.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,772.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $159,671.01 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,695.10 | $1,695.10 | $1,695.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $23,704.20 | $18,705.30 | $18,705.30 | $6,076.90 |
| **TOTAL DISBURSEMENTS** | $183,375.21 | $20,400.40 | $20,400.40 | $7,772.00 |

4) This case was originally filed under chapter 7 on 06/22/2018. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2020    By: /s/ Gary L. Rainsdon
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2018 tax refunds | 1224-000 | $1,272.00 |
| 419 Fruitland Ave#40, Buhl, ID 83316-6434, Twin Falls County County | 1110-000 | $6,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,772.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Canyon Financial | 4210-000 | $2,500.00 | NA | NA | NA |
| N/F | Kay Jewlers | 4210-000 | $156.00 | NA | NA | NA |
| N/F | Les Schwab Tire Cente | 4210-000 | $128.13 | NA | NA | NA |
| N/F | USDA Rural Housing Service | 4110-000 | $156,886.88 | NA | NA | NA |
| | **TOTAL SECURED** | | **$159,671.01** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Gary L. Rainsdon | 2100-000 | NA | $1,527.20 | $1,527.20 | $1,527.20 |
| Trustee, Expenses - Gary L. Rainsdon | 2200-000 | NA | $167.90 | $167.90 | $167.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,695.10 | $1,695.10 | $1,695.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SFC Central Bankruptcy | 7100-000 | $574.17 | $566.24 | $566.24 | $183.96 |
| 2 | LVNV Funding, LLC | 7100-000 | $7,516.41 | $6,450.25 | $6,450.25 | $2,095.53 |
| 3 | Quantum3 Group LLC | 7100-000 | $341.87 | $317.80 | $317.80 | $103.25 |
| 4 | ACTION COLLECTION SERVICE | 7100-000 | $237.00 | $1,245.06 | $1,245.06 | $404.49 |
| 5 | US Department of Education | 7100-000 | $9,892.28 | $9,632.23 | $9,632.23 | $3,129.28 |
| 6 | STATEWIDE COLLECTIONS, INC. | 7100-000 | $107.24 | $108.36 | $108.36 | $35.20 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | $449.23 | $385.36 | $385.36 | $125.19 |
| N/F | 12 Nhs Lending Inc | 7100-000 | $1,953.00 | NA | NA | NA |
| N/F | Anlfinancial | 7100-000 | $899.00 | NA | NA | NA |
| N/F | Bonneville Billing and Collections | 7100-000 | $99.00 | NA | NA | NA |
| N/F | CENTURYLINK | 7100-000 | $415.00 | NA | NA | NA |
| N/F | Farmers Bank | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Farmers Bank | 7100-000 | $220.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$23,704.20** | **$18,705.30** | **$18,705.30** | **$6,076.90** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 18-40535-JMM
Case Name: FLORES, MARIBEL

For Period Ending: 02/12/2020

Trustee Name: (320120) Gary L. Rainsdon
Date Filed (f) or Converted (c): 06/22/2018 (f)
§ 341(a) Meeting Date: 07/30/2018
Claims Bar Date: 06/08/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 720 Aiken Cir, Buhl, ID 83316-6435<br>Single-family home, Single Family Residence. Entire property value: $156,886.88 | 156,886.88 | 0.00 | | 0.00 | FA |
| 2 | 419 Fruitland Ave#40, Buhl, ID 83316-6434, Twin Falls County County<br>Manufactured or mobile home, 1982 Champion Trailer: Debtors moms trailer located 419 Fruitland Avenue Space 40, Buhl, Idaho 83316. Entire property value: $5,000.00<br>8/2/18 objected to claim of exemption. lr<br>9/28/18 Dkt #28 Order disallowing claim of exemption. jh<br>3/7/19 Dkt #44 Notice of Sale. jh<br>4/2/19 Dkt #47 Report of Sale. jh | 5,000.00 | 6,500.00 | | 6,500.00 | FA |
| 3 | 2001 Pontiac Grand Am<br>2001 Pontiac Grand Am. Entire property value: $200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | 2002 GMC Yukon<br>2002 GMC Yukon. Entire property value: $1,000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2004 Dodge Intrepid<br>2004 Dodge Intrepid Doesnt run. Entire property value: $200.00 | 200.00 | 200.00 | | 0.00 | FA |
| 6 | 2007 Pontiac G6<br>2007 Pontiac G6. Entire property value: $5,000.00 | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | BBQ Grill | 10.00 | 0.00 | | 0.00 | FA |
| 8 | Bed | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Bikes | 40.00 | 0.00 | | 0.00 | FA |
| 10 | Blankets | 20.00 | 0.00 | | 0.00 | FA |
| 11 | Blender | 10.00 | 0.00 | | 0.00 | FA |
| 12 | Cleaning Supplies | 50.00 | 0.00 | | 0.00 | FA |
| 13 | Coffee Table | 10.00 | 0.00 | | 0.00 | FA |
| 14 | Cooking Utensils | 30.00 | 0.00 | | 0.00 | FA |
| 15 | Couch | 50.00 | 0.00 | | 0.00 | FA |
| 16 | Dishes | 50.00 | 0.00 | | 0.00 | FA |
| 17 | Dishes | 50.00 | 0.00 | | 0.00 | FA |
| 18 | Dresser | 50.00 | 0.00 | | 0.00 | FA |
| 19 | DVD Player | 20.00 | 0.00 | | 0.00 | FA |
| 20 | Eating Utensils | 20.00 | 0.00 | | 0.00 | FA |
| 21 | End Table | 10.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

Case No.: 18-40535-JMM
Case Name: FLORES, MARIBEL
For Period Ending: 02/12/2020

Trustee Name: (320120) Gary L. Rainsdon
Date Filed (f) or Converted (c): 06/22/2018 (f)
§ 341(a) Meeting Date: 07/30/2018
Claims Bar Date: 06/08/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | End Table | 10.00 | 0.00 | | 0.00 | FA |
| 23 | Entertainment Center | 10.00 | 0.00 | | 0.00 | FA |
| 24 | Family Pictures | 50.00 | 0.00 | | 0.00 | FA |
| 25 | Freezer | 10.00 | 0.00 | | 0.00 | FA |
| 26 | Freezer | 10.00 | 0.00 | | 0.00 | FA |
| 27 | Game Console | 50.00 | 0.00 | | 0.00 | FA |
| 28 | Games | 20.00 | 0.00 | | 0.00 | FA |
| 29 | Gardening Supplies | 20.00 | 0.00 | | 0.00 | FA |
| 30 | Kids Toys and accessories | 100.00 | 0.00 | | 0.00 | FA |
| 31 | Kitchen Table and 4 chairs | 200.00 | 0.00 | | 0.00 | FA |
| 32 | Laundry Basket | 10.00 | 0.00 | | 0.00 | FA |
| 33 | Lawn Mower | 40.00 | 0.00 | | 0.00 | FA |
| 34 | Linens | 30.00 | 0.00 | | 0.00 | FA |
| 35 | Love Seat | 30.00 | 0.00 | | 0.00 | FA |
| 36 | Microwave | 10.00 | 0.00 | | 0.00 | FA |
| 37 | Personal Hygiene | 20.00 | 0.00 | | 0.00 | FA |
| 38 | Plants | 10.00 | 0.00 | | 0.00 | FA |
| 39 | Plunger | 5.00 | 0.00 | | 0.00 | FA |
| 40 | Refridgerator | 100.00 | 0.00 | | 0.00 | FA |
| 41 | Sheets | 20.00 | 0.00 | | 0.00 | FA |
| 42 | Stereo | 10.00 | 0.00 | | 0.00 | FA |
| 43 | Stove | 100.00 | 0.00 | | 0.00 | FA |
| 44 | Television | 50.00 | 0.00 | | 0.00 | FA |
| 45 | Towels | 20.00 | 0.00 | | 0.00 | FA |
| 46 | Vacuum | 20.00 | 0.00 | | 0.00 | FA |
| 47 | Washing Machine | 150.00 | 0.00 | | 0.00 | FA |
| 48 | Wheels and Tires from Les Schwab | 300.00 | 0.00 | | 0.00 | FA |
| 49 | Women's Clothing | 150.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

Case No.: 18-40535-JMM  
Case Name: FLORES, MARIBEL  

For Period Ending: 02/12/2020

Trustee Name: (320120) Gary L. Rainsdon  
Date Filed (f) or Converted (c): 06/22/2018 (f)  
§ 341(a) Meeting Date: 07/30/2018  
Claims Bar Date: 06/08/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 50 | Kids Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 51 | Daughters Ring | 200.00 | 0.00 | | 0.00 | FA |
| 52 | Checking Account: Wells Fargo (1) Checking (1) Savings | 0.00 | 0.00 | | 0.00 | FA |
| 53 | 2018 tax refunds (u)<br>Estate's portion of 2018 tax refunds $1271.67 | 0.00 | 1,271.67 | | 1,272.00 | FA |
| 53 | **Assets Totals (Excluding unknown values)** | **$170,811.88** | **$7,971.67** | | **$7,772.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

Case No.: 18-40535-JMM
Case Name: FLORES, MARIBEL

For Period Ending: 02/12/2020

Trustee Name: (320120) Gary L. Rainsdon
Date Filed (f) or Converted (c): 06/22/2018 (f)
§ 341(a) Meeting Date: 07/30/2018
Claims Bar Date: 06/08/2019

**Major Activities Affecting Case Closing:**

12/30/19 order signed and checks were distributed. lr
12/24/19 sent order for TFR. lr
11/26/19 reviewer filed TFR. filed trustee fee app and NFR. lr
11/01/2019 filed status report with court. jh
10/21/19 prepared TFR and emailed to reviewer. lr

9/30/19 REMAINING ISSUES:
  - TFR, distribution, TDR

09/27/2019 rcvd money order from debtor for $424.00, final payment of tax refund. jh
09/19/2019 Received call from Mr. youngblood stating he has spoken to the debtor and she should have the remaining balance sent to the trustee no later than the week of the 23rd cb
9/4/19 tt amanda at atty office, let her know we never rcvd check from debtor for remaining tax refund. jh
8/30/19 left message at atty office, we never rcvd remaining bal of tax refund. jh
8/20/19 reviewed assets. jh
8/9/19 emailed atty Youngblood, requested for debtor to turnover the remaining bal. $423.67 for the 2018 tax refund still due to estate. jh
08/09/2019 Received Money order for $424 cb
07/19/2019 Received money order for 2018 tax refunds $424 cb
7/18/19 tt amanda, told her to have debtor send the rest of the tax refund money, immediately to our office. jh
7/1/19 rcvd email and tt atty youngblood, debtor is getting money together to send us estate's portion of the 2018 tax returns. jh
6/7/19 tt atty youngblood, debtor will be sending in estate's portion of taxes asap. jh
6/6/19 mailed 10 day tax letter and emailed copy to atty office. jh
6/6/19 reviewed claims. no obj 7 claims. lr
4/15/19 rcvd IRS debtor ID number. lr
04/02/2019 Filed Report of Sale. jh
3/7/19 mailed notice of sale to mailing matrix. jh
3/7/19 filed notice of sale. jh
3/7/19 filed WD MTO. jh
3/7/19 rcvd signed sales agreement. jh
3/7/19 prepared sales agreement and sent copy over to atty youngblood for debtor to sign and return. jh
3/7/19 filed notice of assets. jh
3/7/19 Rcvd ck #0606902201 for $6,500 cb
3/6/19 rcvd email from atty youngblood with picture of cashier's check for $6500.00, should be here in a day or so. jh
2/11/19 rcvd 2018 tax returns. jh

MTO Hearing Set: 3/26/19 at 9am Pocatello Court House. jh

1/11/19 tt atty youngblood, estate is willing to accept $6500.00 paid net to the bk estate. He said he will talk to the debtor and will let us know. jh
1/11/19 tt max, Mobile home is in need of repair. Would probably only bring $10k tops. jh
1/7/18 max has appt to view mobile home 1/7/19, will give us value. jh
1/3/19 tt alisa curry at les schwabs gave update in case. jh
12/21/18 emailed max with contact information to view home. jh
12/20/18 rcvd debtor's contact information for realtor, to look at mobile home. jh
12/18/18 atty youngblood to supply contact information for realtor to view mobile home. jh
12/18/18 rcvd pictures of mobile home and ebay price comparison. jh

MTO hearing set: 1/15/19 @ 9am. jh

12/17/18 atty youngblood filed objection. jh
12/12/18 rcvd call from atty youngblood, he would like to speak with glr regarding an offer on buying the estate's interest in the trailer home. jh
11/27/18 sent copy of motion for turnover to debtor. jh

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 5

Case No.:  18-40535-JMM  
Case Name:  FLORES, MARIBEL  

Trustee Name:  (320120) Gary L. Rainsdon  
Date Filed (f) or Converted (c):  06/22/2018 (f)  
§ 341(a) Meeting Date:  07/30/2018  

For Period Ending:  02/12/2020  

Claims Bar Date:  06/08/2019  

    11/27/18 filed motion for turnover of mobile home. jh  
    10/23/18 glr rcvd proof of insurance on home.

    9/30/18 REMAINING ISSUES:  Sell manufactured home, 2018 tax refund, TFR, distribution, TDR

    9/27/18 sent order disallowing claim of exempting via email to court. jh  
    9/27/18 rcvd email form atty with signed Order disallowing claim of exemption. jh  
    9/26/18 sent email to debtor's atty with Order Disallowing Claim of Exemption to sign. jh  
    8/31/18 Notice of Hearing Filed by Debtor Maribel Flores (RE: related document(s)[22] Objection to (related document(s): [21]) Trustee's Objection to Claim of Exemption Filed by Debtor Maribel Flores (RE: related document(s)[21] Objection to Debtor's Claim of Exemptions ).). Objection to Claim of Exemption hearing to be held on 9/25/2018 at 09:00 AM Video - Boise to Pocatello to Other (Mountain Time) for [22], (Youngblood, Kameron)

    8/2/18 objected to claim of exemption on trailer. lr  
    7/24/18 rcvd bnk stmt for DOF lr  
    7/2/18 rcvd bank stmts to june 20. tal  
    6/22/18 rcvd 2017 tax returns and pay stubs

**Initial Projected Date Of Final Report (TFR):**  08/30/2019       **Current Projected Date Of Final Report (TFR):**  10/21/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 18-40535-JMM | Trustee Name: | Gary L. Rainsdon (320120) |
|---|---|---|---|
| Case Name: | FLORES, MARIBEL | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***3507 | Account #: | ******3800 Checking |
| For Period Ending: | 02/12/2020 | Blanket Bond (per case limit): | $59,128,572.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/07/19 | {2} | Maribel Flores | Mobile home trailer private sale / 1110-000 | 6,500.00 | | 6,500.00 |
| 05/01/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******5485 | Transition Debit to Metropolitan Commercial Bank acct 3910035485 / 9999-000 | | 6,500.00 | 0.00 |
| | | **COLUMN TOTALS** | | 6,500.00 | 6,500.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | 0.00 | 6,500.00 | |
| | | **Subtotal** | | 6,500.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$6,500.00** | **$0.00** | |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 18-40535-JMM | Trustee Name: | Gary L. Rainsdon (320120) |
|---|---|---|---|
| Case Name: | FLORES, MARIBEL | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3507 | Account #: | ******5485 Checking Account |
| For Period Ending: | 02/12/2020 | Blanket Bond (per case limit): | $59,128,572.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/01/19 | | Transfer Credit from Rabobank, N.A. acct ******3800 | Transition Credit from Rabobank, N.A. acct 5025623800 | 9999-000 | 6,500.00 | | 6,500.00 |
| 07/19/19 | {53} | Maribel Flores | 2018 tax refunds | 1224-000 | 424.00 | | 6,924.00 |
| 08/09/19 | {53} | Maribel Flores | 2018 refunds | 1224-000 | 424.00 | | 7,348.00 |
| 09/27/19 | {53} | MARIBEL FLORES | Final 2018 tax refund payment estate's portion | 1224-000 | 424.00 | | 7,772.00 |
| 12/30/19 | 1000 | Gary L. Rainsdon | $1,527.20 comp  $167.90 exp | | | 1,695.10 | 6,076.90 |
| | | Gary L. Rainsdon | Claims Distribution - Mon, 10-21-2019         $1,527.20 | 2100-000 | | | |
| | | Gary L. Rainsdon | Claims Distribution - Mon, 10-21-2019         $167.90 | 2200-000 | | | |
| 12/30/19 | 1001 | SFC Central Bankruptcy | Distribution payment - Dividend paid at 32.49% of $566.24; Claim # 1 | 7100-000 | | 183.96 | 5,892.94 |
| 12/30/19 | 1002 | LVNV Funding, LLC | Distribution payment - Dividend paid at 32.49% of $6,450.25; Claim # 2 | 7100-000 | | 2,095.53 | 3,797.41 |
| 12/30/19 | 1003 | Quantum3 Group LLC | Distribution payment - Dividend paid at 32.49% of $317.80; Claim # 3 | 7100-000 | | 103.25 | 3,694.16 |
| 12/30/19 | 1004 | ACTION COLLECTION SERVICE | Distribution payment - Dividend paid at 32.49% of $1,245.06; Claim # 4 | 7100-000 | | 404.49 | 3,289.67 |
| 12/30/19 | 1005 | US Department of Education | Distribution payment - Dividend paid at 32.49% of $9,632.23; Claim # 5 | 7100-000 | | 3,129.28 | 160.39 |
| 12/30/19 | 1006 | STATEWIDE COLLECTIONS, INC. | Distribution payment - Dividend paid at 32.48% of $108.36; Claim # 6 | 7100-000 | | 35.20 | 125.19 |
| 12/30/19 | 1007 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 32.49% of $385.36; Claim # 7 | 7100-000 | | 125.19 | 0.00 |
| | | **COLUMN TOTALS** | | | 7,772.00 | 7,772.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 6,500.00 | 0.00 | |
| | | **Subtotal** | | | 1,272.00 | 7,772.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,272.00** | **$7,772.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 18-40535-JMM | **Trustee Name:** | Gary L. Rainsdon (320120) |
| **Case Name:** | FLORES, MARIBEL | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3507 | **Account #:** | ******5485 Checking Account |
| **For Period Ending:** | 02/12/2020 | **Blanket Bond (per case limit):** | $59,128,572.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $7,772.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $7,772.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3800 Checking | $6,500.00 | $0.00 | $0.00 |
| ******5485 Checking Account | $1,272.00 | $7,772.00 | $0.00 |
| | **$7,772.00** | **$7,772.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)